IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01344-BNB

JERRY L. MASKE,

    Plaintiff,

v.

IBM CORPORATION,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 8 2009

GREGORY C. LANGHAM
                 CLERK

## ORDER DISMISSING CASE

Plaintiff Jerry L. Maske currently resides in Aurora, Colorado. Mr. Maske initiated this action by filing a Complaint asserting claims of personal injury and slander against the Defendant. Upon review of the Complaint, Magistrate Judge Boyd N. Boland entered an order directing Mr. Maske to file an Amended Complaint and to assert the grounds on which the Court's jurisdiction depends.

On June 12, 2009, Mr. Maske filed a Letter with the Court requesting that the instant action be dismissed because he has not received a right-to-sue letter from the EEOC. The Court must construe the Letter liberally because Mr. Maske is a *pro se* litigant. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

Rule 41(a)(1)(A) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." No answer has been filed by Defendant in this action. Further, a voluntary dismissal under Rule 41(a)(1)(A) is

effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2$^d$ ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2$^d$ 501, 507 (10th Cir. 1968).

The Court, therefore, construes the Letter as a Notice of Dismissal filed pursuant to Rule 41(a)(1)(A)(i). The file will be closed as of June 12, 2009, the date the Notice was filed with the Court. *See Hyde Constr. Co.*, 388 F.2$^d$ at 507. Accordingly, it is

ORDERED that the Letter is construed as a Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and is effective as of June 12, 2009, the date Mr. Maske filed the Notice in this action. It is

FURTHER ORDERED that the dismissal is without prejudice.

DATED at Denver, Colorado, this 17 day of June, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01344-BNB

Jerry Maske
2705 Danube Way, Unit 101
Aurora, CO 80013

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/18/09

GREGORY C. LANGHAM, CLERK

By: _____
     Deputy Clerk